**STATE of Missouri, Respondent,**

v.

**Marlon GILL, Appellant.**

**No. 71451.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 25, 1997.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck Burgess, Asst. Atty. Gen., Jefferson City, for respondents.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

Defendant appeals the judgment entered pursuant to his jury conviction for first degree robbery. The trial court sentenced him to ten years of imprisonment. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose.

We affirm the judgment pursuant to Rule 30.25(b).